**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA RANSDELL, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>vs.<br><br>DOLGEN CALIFORNIA, LLC, a Tennessee Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 1:22-cv-00933-JLT-HBK<br><br>**ORDER GRANTING JOINT STIPULATION TO: (1) SUBMIT PLAINTIFF'S CLAIMS TO INDIVIDUAL ARBITRATION; (2) DISMISS CLASS CLAIMS WITHOUT PREJUDICE; AND (3) STAY PROCEEDINGS PENDING COMPLETION OF ARBITRATION** |

**ORDER**

Having reviewed and considered the Stipulation to: (1) Submit Claims to Individual Arbitration; (2) Dismiss Class Claims without Prejudice; and (3) Stay Proceedings Pending Completion of Arbitration (the "Stipulation") filed by Plaintiff JESSICA RANSDELL ("Plaintiff") and Defendant DOLGEN CALIFORNIA, LLC ("Defendant") (collectively, the "Parties"), and good cause appearing for the same, the Stipulation shall be and hereby is GRANTED, and the Court ORDERS as follows:

1. Plaintiff's Complaint, and all claims therein, are covered by the Dollar General Arbitration Agreements (the "DGAAs") that were attached to the Stipulation as Exhibits A and B, respectively.

2. Plaintiff's individual claims shall be submitted to individual arbitration pursuant to the DGAAs.

3. Plaintiff's class action claims in the Company are hereby dismissed without prejudice pursuant to the DGAAs.

4. This case is stayed in its entirety pending the completion of arbitration proceedings on Plaintiff's individual claims.

5. By entering into this Stipulation, the Parties do not waive, and expressly reserve, all other claims, defenses, and challenges, including, without limitations with respect to Defendant's defenses and challenges to Plaintiff's Complaint in this action and any arbitral proceedings thereon.

IT IS SO ORDERED.

Dated:   **September 1, 2022**

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

163773914.1
2
ORDER GRANTING JOINT STIPULATION TO: (1) SUBMIT PLAINTIFF'S CLAIMS TO INDIVIDUAL ARBITRATION; (2) DISMISS CLASS CLAIMS WITHOUT PREJUDICE; AND (3) STAY PROCEEDINGS PENDING COMPLETION OF ARBITRATION