## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA RANSDELL, on behalf of herself and all others similarly situated, and on behalf of the general public,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DOLGEN CALIFORNIA, LLC, et al.<br><br>　　　　　　　Defendants. | Case No.: 1:22-cv-0933 JLT HBK<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 8) |

The parties have stipulated that the action—in which only Plaintiff's individual claims remain—be dismissed in its entirety, with prejudice. (Doc. 8 at 1; *see also* Doc. 7 [dismissing the class claims without prejudice].) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing … a stipulation of dismissal signed by all parties who have appeared." Because all parties signed the stipulation, it automatically terminated the action. *Id.* Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __**January 6, 2023**__　　　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE